

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 6 MAY 2010
```

DANIELS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Hispanic Independent Television Sales, LLC
now known as Hispanic Media Works
          Plaintiff

          v.

Una Vez Mas, LLC
          Defendant

10cv933(GBD)
CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

----------------------------------------X

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No Additional parties may be joined after July 6, 2010.

2. No amendment to the pleadings will be permitted after July 6, 2010.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by September 7, 2010. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by October 5, 2010. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on November 2, 2010 at 9:30 a.m..

6. The Joint Pretrial Order shall be filed no later than December 9, 2010. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial within 48 hours, notice on or after December 7, 2010. The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

9. The Next Case Management Conference will be held on August 3, 2010 at 9:30 a.m..

Dated: February 11, 2010
New York, New York

SO ORDERED: **0 6 MAY 2010**

_George B. Daniels_
George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS

Attorney for Plaintiff

Attorney for Defendant

-2-